IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLOYD E. PATTERSON, JR. | : | CIVIL ACTION |
| v. | : | No. 16-1604 |
| JANINE L. QUIGLEY, et al. | : | |

### **ORDER**

AND NOW, this 6th day of September, 2019, upon consideration of Defendants' Motion for Summary Judgment Pursuant to F.R.C.P. 56 and the parties' presentations at the February 5, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motion for Summary Judgment (Document 62) is GRANTED. Judgment is entered in favor of Defendants on all Counts of Patterson's Amended Complaint.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez__
Juan R. Sánchez, C.J.